FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

SEP 06 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MITSUI O.S.K. LINES, LTD., <br><br> Plaintiff - Appellant, <br><br> v. <br><br> SEAMASTER LOGISTICS, INC., et al., <br><br> Defendants - Appellees, <br><br> And <br><br> AMERICAN GLOBAL LOGISTICS, LLC; et al., <br><br> Defendants. | Nos. 13-15830; 13-15941 <br><br> D.C. Nos. 3:10-cv- 05591-SC <br> 3:11-cv-02861-SC <br><br> Northern District of California <br> San Francisco <br><br> ORDER |
| MITSUI O.S.K. LINES, LTD., <br><br> Plaintiff - Appellee, <br><br> v. <br><br> SEAMASTER LOGISTICS, INC., et al., <br><br> Defendants - Appellants, <br><br> And <br><br> AMERICAN GLOBAL LOGISTICS, LLC; et al., <br><br> Defendants. | No. 13-15848 <br><br> D.C. Nos. 3:10-cv- 00591-SC <br> 3:11-cv-02861-SC <br><br> Northern District of California <br> San Francisco |

SL/Mediation

| | |
|---|---|
| MITSUI O.S.K. LINES, LTD., | No. 13-16394 |
| Plaintiff - Appellant, | D.C. Nos.   3:10-cv-05591-SC |
| v. | 3:11-cv-02861-SC |
| SEAMASTER LOGISTICS, INC. And SUMMIT LOGISTICS INTERNATIONAL, INC., | Northern District of California, San Francisco |
| Defendants - Appellees, | |
| And | |
| AMERICAN GLOBAL LOGISTICS, LLC; et al., | |
| Defendants. | |
| MITSUI O.S.K. LINES, LTD., | No. 13-16395 |
| Plaintiff - Appellee, | D.C. Nos.   3:10-cv-05591-SC |
| v. | 3:11-cv-02861-SC |
| SEAMASTER LOGISTICS, INC. And SUMMIT LOGISTICS INTERNATIONAL, INC., | Northern District of California, San Francisco |
| Defendants - Appellants, | |
| And | |
| AMERICAN GLOBAL LOGISTICS, LLC; et al., | |
| Defendants. | |

SL/Mediation

The briefing schedules previously set by the court are vacated.

FOR THE COURT

By: Stephen Liacouras
Circuit Mediator

SL/Mediation